IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**ZACHARY PAUL POTTS,**<br><br>Defendant. | **CR 22-67-GF-BMM**<br><br><br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture. Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d), and Rule 32.2, Federal Rules of Criminal Procedure.

2. A Preliminary Order of Forfeiture was entered on November 8, 2022 (Doc. 27). Following that order, counsel for the government learned that certain items included in the preliminary order had previously been administratively forfeited by the ATF, meaning there was no need to forfeit them as part of this criminal case.

1

3. As to the remaining items included in the preliminary order, all known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1).  (Doc. 28).

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d), and Rule 32.2, Federal Rules of Criminal Procedure.

IT IS ORDERED:

THAT the Motion for Final Order of Forfeiture is GRANTED;

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), and Rule 32.2, Federal Rules of Criminal Procedure, free from the claims of any other party:

- Armi Fratelli Tanfoglio 9mm handgun seized on February 16, 2022 (SN G11707), together with associated ammunition.

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law and that this order in no way limits any prior administrative forfeiture effected in related civil proceedings.

DATED this 16th day of March, 2023.

_____
Brian Morris, Chief District Judge
United States District Court